■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD McFADDEN, Appellant. [782 NYS2d 653]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 5, 2004 (*People v McFadden,* 6 AD3d 461 [2004]), affirming an amended sentence of the County Court, Rockland County, imposed May 27, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.